1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JOHN WESLEY PARRATT, Jr.,

11             Petitioner,              No. CIV S-02-0546 LKK KJM P

12       vs.

13  GAIL LEWIS,

14             Respondent.              ORDER

15  _____/

16          The court has received letters from Frances Fox, Margaret Kauser and Vicki Page

17  urging the court to take action in this case and offering their positive evaluations of petitioner's

18  character.

19          This case was closed in this court on March 31, 2005, and on November 22, 2006,

20  the Court of Appeal affirmed the District Court's judgment.

21          Documents filed by petitioner or by those on his behalf since the closing date will

22  be disregarded and no orders will issue in response to future filings.

23  /////
24  /////
25  /////
26  /////

                                                1

1       The Clerk of the Court is directed to serve a copy of this order on petitioner and

2 on Frances Fox, 12185 S.W. Jaeger Terrace, Beaverton, Oregon 97007; Margaret Kauser, 1095

3 Hewitt Dr., San Carlos, California 94070; and Vicki Page, 6 Kevin Street, Deception Bay 4508,

4 Queensland, Australia.

5 DATED: March 21, 2007.

                                            U.S. MAGISTRATE JUDGE

10  2

11 parr0546.dd